UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 14347

  DAMITA M PHILLIPS

                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

      Debtor
  SSN XXX-XX-9131

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/14/2005 and was confirmed 06/20/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/04/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED | 500.00 | 63.25 | 110.19 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| VALUE AUTO MART | SECURED | 4950.00 | 710.25 | 1585.57 |
| VALUE AUTO MART | UNSECURED | 511.00 | .00 | .00 |
| AFFILIATED FINANCIAL COR | UNSECURED | 9135.37 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2635.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,099.20 | | 2,099.20 |
| TOM VAUGHN | TRUSTEE | | | 252.25 |
| DEBTOR REFUND | REFUND | | | 193.29 |

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,014.00 | |
| PRIORITY | | .00 |
| SECURED | | 1,695.76 |
|     INTEREST | | 773.50 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,099.20 |
| TRUSTEE COMPENSATION | | 252.25 |
| DEBTOR REFUND | | 193.29 |
| TOTALS | 5,014.00 | 5,014.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/13/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE